September 29, 1964

**No. 68805.**—Appeal 5107.—Inter Maritime Forwarding Co., Inc. *v.* United States.— —C.D. 2318 affirmed June 11, 1964. C.A.D. 843.

**No. 68806.**—Appeal 5171.—United States *v.* R. U. Delapenha & Co., Inc.—

Abstract 68309. Appeal dismissed June 25, 1964.

Before The Second Division, October 6, 1964

**No. 68807.**—Novelty Veiling Co., Inc., et al. *v.* United States, protests 63/14840, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

**No. 68808.**—Korde Corp. *v.* United States, protest 63/17712 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiff was sustained.